Dismissed and Memorandum Opinion filed June 2, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00380-CR

____________

 

DEVON THACKER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 176th District Court


Harris County, Texas

Trial Court Cause No. 1245663

 



 

MEMORANDUM
 OPINION

Appellant entered a guilty plea to murder.  In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant on March 28, 2011, to confinement for life in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant
filed a pro se notice of appeal.  We dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Boyce.

Do Not Publish — Tex. R. App. P. 47.2(b)